

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00271-CV

**IN THE INTEREST OF J.A.P. AND B.A.R., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA00857
Honorable Richard Garcia, Judge Presiding

## O R D E R

The reporter's record was due May 9, 2016, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

We therefore **ORDER** Angie Jimenez, the court reporter, to file the reporter's record on or before **May 23, 2016**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b).

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court